**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**MARCUS JOHNSON**                                                                    **PLAINTIFF**
**ADC #138859**

**V.**                                **CASE NO.  4:25-cv-00784 JM**

**LONA MCCASTLAIN,** *et al*.                                              **DEFENDANTS**

<u>**JUDGMENT**</u>

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 7th day of August, 2025.

_____
UNITED STATES DISTRICT JUDGE